**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/30/12

Prob 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF LOUISIANA

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Wayne Major | Case Number: 3:12CR00150-01 |
| Name of Sentencing Judicial Officer | The Honorable Leonard Davis (ED/TX) |
| Date of Original Sentence: | 10/15/2003 |
| Original Offence: | Conspiracy to Manufacture & Possess With Intent to Distribute 1,000 or More Marijuana Plants |
| Original Sentence: | Prison - 120 M  TSR - 60 M |
| Type of Supervision: TSR | Date Supervision Commenced: 10/28/2011 |

### SUMMARY

As a special condition of supervised release, the Court ordered that the defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

Major served a 120-month term of imprisonment in the custody of the Federal Bureau of Prisons. He has maintained abstinence from using illicit drugs for several years. He has articulated a plan to remain drug free. He has been drug screened several times and all results have been negative for illicit drugs.

Prob 12A
(7/93)

U.S. Probation Officer Action:

The Probation Officer proposes that the substance abuse treatment condition be suspended and that Major be drug screened by the Probation Officer. If Major relapses, he will be referred for substance abuse treatment at that time.

Respectfully Submitted,

by _____
Jay Garner
U.S. Probation Officer
Date: May 25, 2012

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

☒ Substance Abuse Treatment condition suspended

_____
Signature of Judicial Officer

May 29, 2012
Date